UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 07-12338-NG

**SAGUN TULI,**
**Plaintiff,**

v.

**BRIGHAM & WOMEN'S HOSPITAL**
**ARTHUR DAY**
**Defendants.**

## ORDER OF RECUSAL

**JANUARY 10, 2008**

**BOWLER, U.S.M.J.**

Upon review of the subject matter of the above-captioned case, this court hereby recuses itself from consideration of the case pursuant to the provisions of Title 28, United States Code, Section 455(a). The case is thereby returned for reassignment.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

Case 1:07-cv-12338-NG    Document 13    Filed 01/10/2008    Page 2 of 2