UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAGUN TULI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-12338-NG |
| BRIGHAM & WOMEN'S HOSPITAL and ARTHUR DAY | ) |
| Defendants. | ) |

RECUSAL ORDER

March 12, 2008

SOROKIN, M.J.

Upon further consideration, in light of my role as a mediator in this case, I hereby recuse myself from this matter. The Clerk's Office shall assign another magistrate judge to this case.

In the event the parties wish to resume mediation of this case in the future, I will be available to reconvene the mediation.

/s/ Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE

1