UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAGUN TULI, M.D., <br><br>   Plaintiff, <br>v. <br><br> BRIGHAM & WOMEN'S HOSPITAL, INC., <br> ARTHUR DAY, M.D. <br><br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) CA No. 1:07-cv-12338-NG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE TO PRECLUDE TESTIMONY OF CHRISTINE WALDRON

Defendants, Brigham & Women's Hospital ("BWH") and Arthur Day, M.D., seek to preclude the testimony of Christine Waldron, a patient care coordinator at BWH. As Ms. Waldron has interacted with Dr. Tuli in connection with responding to patient complaints, and BWH relies on patient complaints as the basis for referring Dr. Tuli to PHS, her testimony is relevant. In addition, Ms. Waldron is a percipient witness of Dr. Tuli's interactions with staff and her emotional distress.

For the foregoing reasons, Plaintiff respectfully requests that this Court deny Defendants' motion *in limine* to preclude the testimony of Christine Waldron.

Respectfully submitted,

**Sagun Tuli, M.D.**,

By her attorneys,

/s/Camille V. Gerwin
Margaret M. Pinkham (BBO #561920)
Camille V. Gerwin (BBO # 669370)
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
mpinkham@brownrudnick.com
cgerwin@brownrudnick.com

Dated: January 8, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone not able to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Camille V. Gerwin
Camille V. Gerwin

# 1624417